# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Silicon Valley Innovation Company, LLC,*

Case No. *12-52706*
Chapter *11*

> *aka Silicon Valley Innovation Capital, LLC*
> *aka SVIC*
> *aka Silicon Valley Internet Capital, LLC*
> *fka Silicon Valley Internet Capital, Inc.*

_____ / Debtor

Attorney for Debtor: **Stephen Benda (CSB 126608)**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 1 | *Aashia Mehta*<br>*c/o Riverson Leonard*<br>*805 Harbor Drive*<br>*Belleair Beach FL 33786* | *211,111.000* | *Class A Common Shares* |
| 2 | *AG Rappaport*<br>*13014 North Dale Mabry*<br>*Suite 356*<br>*Tampa FL 33618* | *425,000.000* | *Class A Common Shares* |
| 3 | *AG Rappaport*<br>*13014 North Dale Mabry*<br>*Suite 356*<br>*Tampa FL 33618* | *1,517,014.000* | *Series A Preferred Shares* |
| 4 | *Alex Daly*<br>*c/o Riverson Leonard*<br>*805 Harbor Drive*<br>*Belleair Beach FL 33786* | *5,000,000.000* | *Class A Common Shares* |
| 5 | *Alexander F. Hern*<br>*c/o AV Investments XXI LLC*<br>*533 S. Howard Ave. PMB 853*<br>*Tampa FL 33606* | *16,446,000.000* | *Class A Common Shares* |
| 6 | *Alexander F. Hern*<br>*c/o AV Investments XXI LLC*<br>*533 S. Howard Ave., PMB 853*<br>*Tampa FL 33606* | *10,000,000.000* | *Common B Shares* |
| 7 | *Ashley Marie Musolino Irrevoc*<br>*905 Shaded Water Way*<br><br>*Lutz FL 33549* | *2,000,000.000* | *Class A Common Shares* |
| 8 | *AV Investments XXI, LLC*<br>*533 S Howard Avenue, PMB 853*<br><br>*Tampa FL 33606* | *4,437,482.000* | *Series A Preferred Shares* |
| 9 | *Bautsch Investments, LLC*<br>*David Bautsch*<br>*297 3rd Street West*<br>*Bonita Springs FL 34134* | *250,000.000* | *Series A Preferred Shares* |

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 10 | Bob Ciccone<br>155 Alta Vista Way<br><br>Danville CA 94506 | 1,500,000.000 | Class A Common Shares |
| 11 | Brian & Jacquelyn Miller, Ttee<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 1,000.000 | Class A Common Shares |
| 12 | Briana Scherer<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 20,000.000 | Class A Common Shares |
| 13 | Caroline E. Hughes<br>2025 Baker Street<br><br>San Francisco CA 94115 | 861,111.000 | Class A Common Shares |
| 14 | Chase 1991 Revocable Trust<br>Andrew Chase<br>2775 Sand Hill Road, Ste. 120<br>Menlo Park CA 94025 | 125,000.000 | Series A Preferred Shares |
| 15 | Chris Mitchell<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 100,000.000 | Class A Common Shares |
| 16 | Christian Jagodzinski<br>81 Washington Avenue, #300<br><br>Miami Beach FL 33141 | 500,000.000 | Series A Preferred Shares |
| 17 | Christopher A. Russell<br>503 Creedon Circle<br><br>Alameda CA 94502 | 6,500,000.000 | Class A. Common Shares |
| 18 | Concord Capital Partners, LLC<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 33,334.000 | Class A Common Shares |
| 19 | Craig & Maja Ramsey<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 1,000.000 | Class A Common Shares |
| 20 | CTS Equities, LTD<br>c/o Leich & Teeling, CPA<br>704 West Bay Street<br>Tampa FL 33606 | 500,000.000 | Series A Preferred Shares |
| 21 | Daniel P. Malven<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 250,000.000 | Class A Common Shares |

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
| 22 | Dave E. Clausen<br>1444 Fairview Road<br><br>Atlanta GA 30306 | 2,500,000.000 | Class A Common Shares |
| 23 | Dr. Michael McCollaugh<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 1,000.000 | Class A Common Shares |
| 24 | E. Thom Rumberger, Jr.<br>c/o Foley & Lardner, LLP<br>975 Page Mill Road<br>Palo Alto CA 94304-1013 | 2,500,000.000 | Class A Common Shares |
| 25 | Frank and Patricia I. Musolino<br>905 Shaded Water Way<br><br>Lutz FL 33549 | 2,554,000.000 | Class A Common Shares |
| 26 | Frank Musolino, Jr. Irrevocabl<br>905 Shaded Water Way<br><br>Lutz FL 33549 | 2,000,000.000 | Class A Common Shares |
| 27 | Goldstein Family Trust<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 50,000.000 | Series A Preferred Shares |
| 28 | Harvey Hendler<br>63 Oxbow Place<br><br>Wayne NJ 07470 | 2,000,000.000 | Class A Common Shares |
| 29 | JoAnne Jenson<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 100,000.000 | Class A Common Shares |
| 30 | JTG Equities, LTD<br>c/o Tim Gannon @ MVP Holdings<br>3717 W. North B Street<br>Tampa FL 33609 | 500,000.000 | Series A Preferred Shares |
| 31 | Kim M. Schwencke 1989 Rev. Tr<br>13907 Carroll Wood Village Run<br>Carroll Wood Village Run<br>Tampa FL 33618 | 505,671.000 | Series A Preferred Shares |
| 32 | Kim Schwencke<br>13014 N Dale Mabry Hwy<br>Suite 356<br>Tampa FL 33618 | 425,000.000 | Class A Common Shares |
| 33 | Lance Berger<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 445,833.000 | Class A Common Shares |

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|---------------------------------------|------------------|-----------------------------------|
| 34 | Mike Drazin<br>c/o Riverson Leonard<br>805 Harbor Drive<br>Belleair Beach FL 33786 | 1,000,000.000 | Class A Common Shares |
| 35 | Patricia Gutierrez<br>3035 Van Ness Avenue<br><br>San Francisco CA 94109 | 1,500,000.000 | Class A Common Shares |
| 36 | Peder Jungck<br>108 Dundee Lane<br><br>San Carlos CA 94070 | 2,055,750.000 | Class A Common Shares |
| 37 | Peter Burchhardt<br>IM Gassacher 12<br><br>Ch-8122 BINZ Switzerland | 1,500,000.000 | Class A Common Shares |
| 38 | RDB Equities, LTD<br>c/o Leich & Teeling, CPA<br>704 West Bay Street<br>Tampa FL 33606 | 500,000.000 | Series A Preferred Shares |
| 39 | Riverson S. Leonard<br>805 Harbor Drive<br><br>Belleair Beach FL 33786 | 19,000,000.000 | Class A Common Shares |
| 40 | Robert Lott<br>530 Lytton Avenue<br>2nd Floor<br>Palo Alto CA 94301 | 200,000.000 | Class A Common Shares |
| 41 | Robert W. Lott<br>Post Office Box 627<br><br>Gallatin Gateway MT 59730 | 20,000,000.000 | Class A Common Shares |
| 42 | Samy Saleh<br>2676 Gelding Lane<br><br>Livermore CA 94551 | 250,000.000 | Class A Common Shares |
| 43 | Schwenke LLC<br>Barbara Reynolds<br>2002 North Lois Ave., Ste. 160<br>Tampa FL 33607 | 1,011,343.000 | Series A Preferred Shares |
| 44 | Silicon Valley Investors I, LL<br>c/o Gary Fairbanks<br>13014 N. Dale Mabry, Ste. 356<br>Tampa FL 33618 | 15,250,000.000 | Series A Preferred Shares |
| 45 | Thomas Mancino<br>c/o Tulsa Community College<br>909 South Boston Ave.<br>Tulsa OK 74119 | 350,000.000 | Class A Common Shares |

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *46* | *Zaneta Braiki*<br>*256 Serrano Drive*<br>*Fairfield CA 94533* | *100,000.000* | *Class A Common Shares* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LIST OF EQUITY SECURITY HOLDERS**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LLC

I, *Riverson Leonard* , *Officer* of the *LLC* named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *4/13/2012*

Signature: */s/ Riverson Leonard*

Name: *Riverson Leonard*

Title: *Officer*