ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SILICON VALLEY INNOVATION COMPANY, LLC, | Case No. 12-12652 (PJW) |
| Debtor. | Re: Docket No. 15, 70 |

### ORDER GRANTING CHRISTIAN JAGODZINSKI'S MOTION FOR AN ORDER DISMISSING THE DEBTOR'S BANKRUPTCY CASE PURSUANT TO SECTIONS 1112(b) AND 305(a) OF THE BANKRUPTCY CODE

Upon consideration of Christian Jagodzinski's Motion for an Order Dismissing the Debtor's Bankruptcy Case Pursuant to Sections 1112(b) and 305(a) of the Bankruptcy Code (the "Motion to Dismiss"), the Court finds that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this case is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and (iv) notice of the hearing on the Motion to Dismiss was sufficient under the circumstances. After notice and an opportunity for a hearing under 11 U.S.C. § 102(1), and upon the record herein, and considering the Debtor's failure to attend the meeting of creditors convened under 11 U.S.C. § 341(a) at 10:00 a.m. without good cause shown, the Court finds that good and sufficient cause exists for the relief requested. Accordingly, it is hereby

ORDERED THAT, the Motion to Dismiss is GRANTED; and it is further

ORDERED THAT, pursuant to 11 U.S.C. § 1112(b), and for "cause" shown, the above-captioned bankruptcy case is dismissed; and it is further

ORDERED THAT, within 14 days of the entry of this Order, the Debtor shall pay to the Office of the United States Trustee all quarterly fees due under 28 USC section 1930(a)(6); and it is further

- 2 -

ORDERED THAT, this Court shall retain jurisdiction to enforce the provisions of this Order.

Dated: November 28, 2012
Wilmington, Delaware

_____
Peter J. Walsh
United States Bankruptcy Judge